[No. 6267-4-II. Division Two. April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBRA L. RICHARDS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5264, Gerald B. Chamberlin, J., entered April 6, 1982. *Dismissed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 6333-6-II. Division Two. April 16, 1984.]

WILFRED DUNN RYAN, *Appellant,* v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-2-01090-9, E. Albert Morrison, J., entered April 16, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 12424-2-I. Division One. April 16, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER LEE HUBBS, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 81-1-03791-3, Lee Kraft, J., entered October 4 and August 19, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.